

August 25, 2023


230 1 77376 ****************AUTO**ALL FOR AADC 400
LOGAN ALDRIDGE
35 CHESTNUT GROVE CEMETERY RD
BONNIEVILLE, KY 42713-8565

Notice of Data Event

Dear Logan:

As part of our vital mission of improving life through better nutrition at home, PurFoods, LLC [doing business as Mom's Meals ("PurFoods")] may have provided you with one or more meal(s). We are writing to notify you of a recent event that may involve some of your personal information, as well as our response to the event and steps you can take to help protect that information, should you feel it appropriate to do so.

**What Happened?** Upon identifying suspicious account behavior on February 22, 2023, we launched an investigation with the help of third-party specialists. The investigation determined that we experienced a cyberattack between January 16, 2023, and February 22, 2023, that included the encryption of certain files in our network. Because the investigation also identified the presence of tools that could be used for data exfiltration (the unauthorized transfer of data), we are not able to rule out the possibility that data was taken from one of our file servers.

**What Information Was Involved?** Third-party specialists have helped us conduct a review of the potentially involved data, which concluded on July 10, 2023, and determined that the files at issue included name, billing information, diagnosis code, health insurance information, meal category and/or cost, patient ID number, and treatment information.

It's important to note that we have seen no evidence that any personal information was misused or further disclosed as a result of the cyberattack.

**What We Are Doing.** We have notified Federal law enforcement of this event and cooperated with their subsequent investigation. Further, because safeguarding the privacy of information in our care is one of our highest priorities, we have taken a number of steps to further strengthen our network security. We also are reviewing our existing policies and procedures to identify additional measures and safeguards

**What You Can Do.** We encourage you to be watchful about potential identity theft and fraud by reviewing your account statements and monitoring your free credit reports for suspicious activity, as well as by reading the attached *Steps You Can Take to Help Protect Personal Information*. Though we are not aware of any actual or attempted misuse of your personal information, as an added precaution, we have arranged to offer you access to 12 months of complimentary credit monitoring and identity restoration services provided through Kroll. We are unable to activate you directly, but we have included activation instructions in the attached *Steps You Can Take to Help Protect Personal Information*.

**For More Information.** We are sorry for any inconvenience this incident may cause. If you have additional questions, please call us at (866) 676-4045, Monday through Friday, from 8:00 a.m. to 5:30 p.m. Central Time (excluding major US holidays). You may also write to PurFoods, LLC at 3210 SE Corporate Woods Drive, Ankeny, IA 50021.

Sincerely,

*Jane Sturtz*

Jane Sturtz
Privacy Officer